UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| | | | |
|---|---|---|---|
| Case No. | CV 15-7572 DSF (AFMx) | Date | 11/3/15 |
| Title | Ramiro Antunez v. Brinker Restaurant Corporation | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case

      Defendant Brinker International Payroll Company, L.P., erroneously sued as Brinker Restaurant Corporation, has removed this case on the basis of diversity jurisdiction. However, the notice of removal fails to provide a legally sufficient allegation of the LLC partners' citizenships. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen). Therefore, the case is REMANDED to the Superior Court of California, County of Los Angeles.

      IT IS SO ORDERED.